95 F.3d 29
 96 Cal. Daily Op. Serv. 6726, 96 Daily Journal
D.A.R. 10,963
John DOE, M.D., by Curtis LAVERY, Executor of his Estate,
Plaintiff-Appellant,
v.
ATTORNEY GENERAL OF the UNITED STATES, et al., Defendants-Appellees.
 No. 93-15253.
 United States Court of Appeals,
Ninth Circuit.
 Sept. 9, 1996.
 
 1
 On Remand from the Supreme Court of the United States. D.C. No. CV-88-03820-CAL.
 
 
 2
 Prior reports: 814 F.Supp. 844 (N.D.Cal.), --- U.S. ----, 116 S.Ct. 2543, 135 L.Ed.2d 1064.
 
 
 3
 Before: WALLACE,* Senior Circuit Judge; O'SCANNLAIN, Circuit Judge; and KELLEHER,** District Judge.
 
 
 4
 In light of the Supreme Court's decision in Lane v. Pena, 518 U.S. ----, 116 S.Ct. 2092, 135 L.Ed.2d 486 (1996), the district court's judgment in favor of Defendants-Appellees is AFFIRMED. The case is REMANDED to the district court for consideration of whether attorneys fees should be awarded, and if so, the amount of the award.
 
 
 
 *
 At the time of submission, the Honorable J. Clifford Wallace was sitting as Chief Judge of the United States Court of Appeals for the Ninth Circuit
 
 
 **
 The Honorable Robert J. Kelleher, Senior United States District Judge for the Central District of California, sitting by designation